**ALLSTATE INSURANCE COMPANY, Appellant,**

v.

**James SMITH and Isabelle Smith, Respondents.**

No. WD 45316.

Missouri Court of Appeals, Western District.

May 12, 1992.

Before SHANGLER, P.J., and KENNEDY and SMART, JJ.

### ORDER

PER CURIAM.

Appellant, Allstate Insurance Company (Allstate), appeals from an order dismissing a reformation action filed by appellant regarding an insurance contract.

Appeal dismissed.